IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| SYREETA MARIE THOMAS, | : |
| Plaintiff, | : |
| v. | : Case No. 3:11-cv-47 |
| NATIONAL CREDIT SOLUTIONS, LLC, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

PLEASE take notice of Andrew Biondi (VSB No. 48100), of Sands Anderson PC as counsel for the Defendant, National Credit Solutions, LLC, in the above styled matter.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above named matter to the email address:

abiondi@sandsanderson.com.

DATED: March 9, 2011          Respectfully submitted,

SANDS ANDERSON PC

/s/ Andrew Biondi
Andrew Biondi (VSB No. 48100)
abiondi@sandsanderson.com
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
(804) 648-1636
(804) 783-7291 (fax)
**Counsel for National Credit Solutions, LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 9, 2011, l electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

>Jason M. Krumbein, Esquire
>Krumbein Consumer Legal Services, Inc.
>5310 Markel Road, Suite 102
>Richmond, VA 23230
>(804) 303-0204  phone
>(804) 303-0209  fax
>jkrumbein@krumbeinlaw.com
>Attorney for Plaintiff


>            /s/ Andrew Biondi
>Andrew Biondi (VSB No. 48100)
>abiondi@sandsanderson.com
>Sands Anderson PC
>1111 East Main Street, Suite 2400
>Richmond, Virginia  23219
>(804) 648-1636
>(804) 783-7291 (fax)
>**Counsel for Defendant National Credit Solutions, LLC**